USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 8, 2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA           :
                                   :    18 CR 14 (VM)
     - against -                   :
                                   :    ORDER
FRANK COGNETTA,                    :
                                   :
                    Defendant.     :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Court sentenced defendant Frank Cognetta ("Cognetta") to 24 months' imprisonment followed by 3 years' supervised release. (See Dkt. Minute Entry dated 9/6/2019.) Arena is serving his sentence in F.C.I. Fort Dix.

On May 8, 2020, Cognetta requested immediate compassionate release pursuant to 18 U.S.C. Section 3582(c)(1)(A). (See "Motion," Dkt. No. 362.) Cognetta has tested positive for COVID-19, and also suffers from diabetes, which, according to the Centers for Disease Control and Prevention, increases his risk that he will become severely ill.

The Court recognizes that Cognetta is at great risk, and that the situation is urgent. Accordingly, it is hereby

**ORDERED** that the Government respond by letter not to exceed three pages by close of business on Monday, May 11, 2020, confirming that defendant Frank Cognetta tested positive for COVID-19, including what testing and treatment

he has been provided, and showing cause why his application should not be granted. The Government should submit its response by email to ChambersNYSDMarrero@nysd.uscourts.gov.

**SO ORDERED.**

Dated:   New York, New York
         08 May 2020

Victor Marrero
U.S.D.J.