USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 6, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   18 CR 14 (VM)
        - against -                 :
                                    :   **ORDER**
FRANK COGNETTA,                     :
                                    :
                Defendant.          :
-------------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Defendant Frank Cognetta ("Cognetta") is serving a sentence of 24 months' imprisonment followed by three years' supervised release. (See Dkt. Minute Entry dated 9/6/2019.) Cognetta is serving his sentence in F.C.I. Fort Dix.

On July 3, 2020, Cognetta submitted, by email, a renewed request for immediate compassionate release pursuant to 18 U.S.C. Section 3582(c)(1)(A). Cognetta informs the Court that he has been approved for release to home confinement by the Bureau of Prisons ("BOP") due to the ongoing COVID-19 pandemic, but that the BOP's testing policies have prevented him from being released.

It is hereby

**ORDERED** that the defendant Frank Cognetta ("Cognetta") file on ECF a redacted version of his motion for compassionate release ("Motion"), and it is further hereby

**ORDERED** that the Government respond by letter to the Motion within five days of the date of this Order. The

Government is particularly directed to advise the Court whether Cognetta may be safely quarantined at his approved residence.

**SO ORDERED.**

Dated:  New York, New York
        6 July 2020

_____

Victor Marrero
U.S.D.J.