USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 10, 2020

# RUBINSTEIN & COROZZO
### COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917)
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO

MARSHALL A. MINTZ
LAURA OPPENHEIM

ANGELA D. LIPSMAN (NY; NJ)

July 10, 2020

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Esposito et al.
18 CR 14 (VM)

Dear Judge Marrero,

I represent Defendant Frank Cognetta ("Cognetta"). Mr. Cognetta filed a Second Letter Motion for Compassionate Release, ECF # 380, dated July 3, 2020. On July 6, 2020, the Court ordered the Government to respond to Mr. Cognetta's motion within five days, ECF # 379. I write to request that the Court modify the briefing schedule to extend the Government's time to file the Opposition to Mr. Cognetta's motion.

Earlier today, the Government advised defense counsel that the institution, Fort Dix, has now represented to the Government that Mr. Cognetta will be released from the institution and transferred to home confinement this coming Tuesday, July 14, 2020.

While, in light of the facts discussed in the Second Letter Motion, we are not prepared to withdraw the motion before Mr. Cognetta has been transferred, if Mr. Cognetta is actually released on Tuesday, July 14, 2020, we would thereafter withdraw the motion for a reduced sentence as moot.

Therefore, in light of the Government's representation, we respectfully request that the Government's time to respond to Mr. Cognetta's pending Motion for Compassionate Release be extended to Friday, July 17, 2020.

Thank you for your consideration.

Respectfully,

*Angela D. Lipsman*
Angela D. Lipsman, Esq.

RUBINSTEIN & COROZZO, LLP

cc:  Assistant United States Attorneys Kimberly Ravener, Jason Swergold, Jared Lenow
(via ECF)

The request for extension is granted.

SO ORDERED.

July 10, 2020

DATE

VICTOR MARRERO, U.S.D.J.