USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Frank Cognetta,

                Defendant.

**Order of Restitution**

**18 Cr. 14 (VM)**

On September 11, 2019, the Court entered the judgment in this case, following the Defendant's guilty plea and sentencing. The Court noted that the amount of restitution would be determined at a later date with a separate order. On December 5, 2019, the Government provided the Court with its recommendation for restitution and noted that the Defendant intended to oppose the amount. No opposition was ever filed. It recently came to the Court's attention that the final restitution order had not been entered. Now, pursuant to Dolan v. United States, 560 U.S. 605 (2010), and upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Jared P. Lenow, Kimberly J. Ravener, and Jason M. Swergold, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Count One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

    **1. Amount of Restitution.** Frank Cognetta, the Defendant, shall pay restitution in the total amount of $409,945 to the victim of the offenses charged in Count One. The name and address of the victim is set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter. Defendant's liability for restitution shall continue unabated under either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

Dated: New York, New York
November 2, 2021

_____
Victor Marrero
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | Schedule of Victims |
|---|---|
| v. | 18 Cr. 14 (VM) |
| Frank Cognetta, | |
| Defendant. | |

| Name | Address | Amount of Restitution |
|---|---|---|
| Wine, Liquor and Distillery Workers Union Local 1-D Major Medical Plan (MMP) | 8402 18th Avenue Brooklyn, NY 11214 | $409,945 |