```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA              :

   -against-                                     :      NOTICE OF MOTION
                                                                                                             TO FILE MATERIALS
                                                                                                            UNDER SEAL
FRANK COGNETTA,                          :      18 CR 14 (VM)

                                                                                    :
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the annexed memorandum, the undersigned counsel, ANGELA D. LIPSMAN, will move the Court for an Order granting the following relief:

      Permitting counsel to file on ECF a redacted version of the Defendant's Letter Motion for Early Termination of Supervised Release, and additionally permitting Exhibits B and C thereto to be filed under seal.

Dated: New York, New York
       May 9, 2024

Respectfully submitted,

/s/ Angela D. Lipsman
Angela D. Lipsman
Rubinstein & Corozzo, LLP
*Attorneys for Defendant*
*Frank Cognetta*
260 Madison Ave., 22d Fl.
New York, New York 10016
(212) 545-8777
(917) 722-8206 (fax)
jcorozzo@rubcorlaw.com



Request GRANTED. Defendant is permitted to file a redacted version of his Letter Motion (Dkt. No. 424) and to file Exhibits B and C under seal. Additionally, **the Government is directed to respond to Defendant's Letter Motion within five (5) days of the entry of this Order.**

SO ORDERED.

10 May 2024
DATE

VICTOR MARRERO, U.S.D.J.